# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

**In re:   BRYAN D BUTLER**
       **CHRISTINE A BUTLER**

                                    **Case No.:  22-41620-btf-13**

                    **Debtors**

## AMENDED MOTION TO DENY CONFIRMATION OF PLAN

COMES NOW Richard V. Fink, Chapter 13 Trustee, and requests the court deny confirmation of the proposed plan (document #2), filed on or about December 30, 2022. In support thereof, the trustee states that the issues related to the proposed plan include:

1. 11 U.S.C. Section 1322(d):

   The plan as proposed runs 72 months based on currently available information.

2. 11 U.S.C. Section 1325(b):

   a. Schedule A/B and the Statement of Financial Affairs indicate that the 2014 Ford Focus is their son's vehicle and the son makes the monthly payments.  The schedule I or 122c-1 does not include the monthly payment for this vehicle.

   b. Debtors deducts $800 for continuing charitable contributions on Form 122C-2 and Schedule J.  Please provide documentation of the charitable contributions made during the six months prior to filing the petition to verify this deduction.

3. Objection to Confirmation by Creditor Pending:

   Ally Bank has a pending objection to confirmation.


WHEREFORE, the Chapter 13 Trustee moves the Court for an Order Denying Confirmation of the proposed plan.


                                      Respectfully submitted,

March 03, 2023

                                      /s/ Richard V. Fink, Trustee

                                      Richard V. Fink, Trustee
                                      2345 Grand Blvd., Ste. 1200
                                      Kansas City, MO 64108-2663
                                      (816) 842-1031

**NOTICE OF MOTION**

**Any response to the motion must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court will enter an Order denying confirmation of the plan.** For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail. If any party is served by United States First Class Mail a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

LB      /Motion - Deny Confirmation